NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CELIA LOCKWOOD,                    )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D16-1659
                                   )
HMC Assets, LLC, solely in its capacity as )
separate trustee of Community      )
Development II Trust,              )
                                   )
          Appellee.                )
_____    )

Opinion filed April 10, 2019.

Appeal from the Circuit Court for
Hillsborough County; Perry A. Little, Senior
Judge.

Inger M. Garcia, of Florida Litigation Group,
P.A., Davie, for Appellant.

Harris Howard of Howard Law Group,
Hollywood, for Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, LUCAS and ROTHSTEIN-YOUAKIM JJ., Concur.